**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,
*ex rel.* MICHAEL HOWARD,

      Plaintiff's-Relator,

v.                                    Cause No. 1:14-cv-00363 JAP/KBM

TAOS HEALTH SYSTEMS, INC.
D/B/A HOLY CROSS HOSPITAL, et al.

      Defendants.

**NOTICE OF FIFTH EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO FIRST AMENDED COMPLAINT**

      Defendants Taos Health Systems, Inc., d/b/a Holy Cross Hospital, Peter Hofstetter, Wes Oswald, Rick Eisenring, Tim Howard, Anna Abeyta, Loretta Ortiz y Pino, Per Bjorkman, and Gail Walsh, by and through their attorneys, Montgomery & Andrews, P.A. (David H. Johnson, Deborah E. Mann, and Stefan R. Chacon) hereby give notice that attorneys for these Defendants and attorneys for Plaintiff's Relator have agreed to an extension of time until February 4, 2016, for these Defendants to answer or otherwise respond to Plaintiff's Relator's First Amended Complaint. The parties have reached agreement in principle to settle this matter and are working to prepare settlement documents.

                        Respectfully submitted,

                        MONTGOMERY & ANDREWS, P.A.

                        By      */s/ Deborah E. Mann*
                          David H. Johnson (djohnson@montand.com)
                          Deborah E. Mann (dmann@montand.com)
                          Stefan R. Chacon (schacon@montand.com)
                        100 Sun Ave. NE, Suite 410
                        Albuquerque, NM 87109

Phone (505) 884-4200  |  (505) 888-8929 Fax

## **CERTIFICATE OF SERVICE**

I certify that on this 5th day of January, 2016, I filed the foregoing paper electronically with the Clerk of Court using the CM/ECF system which will transmit notification of such filing to the following/counsel of record:

Bryan J. Davis
bryan@dglnm.com
Davis, Gilchrist & Lee, P.C.
1005 Marquette Ave. NW
Albuquerque, NM 87102

R. Scott Oswald
Soswald@employmentlawgroup.com
The Employment Law Group, P.C.
888 17th Street, 9th Floor
Washington, DC 20006

David L Scher
dscher@employmentlawgroup.com
The Employment Law Group, P.C.
888 17th Street, 9th Floor
Washington, DC 20006


*/s/ Deborah E. Mann*
Deborah E. Mann