**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,
*ex rel.* MICHAEL HOWARD,

       Plaintiff,

v.                                                     Case No. 1:14-CV-00363 – KK/NBM

TAOS HEALTH SYSTEMS, INC.
D/B/A HOLY CROSS HOSPITAL;
QUORUM HEALTH RESOURCES;
PETER HOFSTETTER; WES
OSWALD; RICH EISENRING; TIM
HOWARD; ANNA ABEYTA;
LORETTA ORTIZ Y PINO; PER
BJORKMAN; GAIL WALSH,

       Defendants.

**FIFTH NOTICE OF AGREED EXTENSION OF TIME TO
RESPOND TO FIRST AMENDED COMPLAINT**

       Notice is hereby provided that Plaintiff, through counsel David L. Scher, has agreed to an

extension of time to February 4, 2016, for defendant Quorum Health Resources, LLC to respond

to the First Amended Complaint.  The parties have reached agreement in principle to settle this

matter and are working to prepare settlement documents.

                          Respectfully submitted,

                          MADISON & MROZ, P.A.

                          By */s/M. Eliza Stewart*
                            William C. Madison
                            wcm@madisonlaw.com
                            M. Eliza Stewart
                            mes@madisonlaw.com
                            Post Office Box 25467
                            Albuquerque, NM 87125
                            Phone:  (505) 242-2177
                            Facsimile:  (505)-242-7184
                          *Attorneys for Defendant Quorum Health Resources,
LLC*

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on the 5th day of January 2016, I filed the foregoing

electronically through the CM/ECF system, which caused the foregoing parties or counsel to be

served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Bryan J. Davis
Davis & Gilchrist, P.C.
124 Wellesley SE
Albuquerque, NM 87106
505-435-9908
Fax: 505-435-9909
Email: bryan@dglnm.com
*Attorney for Plaintiff*


David L. Scher
The Employment Law Group, P.C.
888 17th Street, N.W.
# 900
Washington, DC 20006
202-261-2802
Fax: 202-261-2835
Email: dscher@employmentlawgroup.com
*Attorney for Plaintiff*

R. Scott Oswald
The Employment Law Group, P.C.
888 17th Street, N.W.
9th Floor
Washington, DC 20006
202-261-2806
Fax: 202-261-2835
Email: soswald@employmentlawgroup.com
*Attorney for Plaintiff*

*/s/M. Eliza Stewart*
M. Eliza Stewart