IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
*ex rel.* MICHAEL HOWARD,

    Plaintiff's-Relator,

v.                                                         Cause No. 1:14-cv-00363 JAP/KBM

TAOS HEALTH SYSTEMS, INC.
D/B/A HOLY CROSS HOSPITAL, et al.

    Defendants.

## **STIPULATION OF DISMISSAL**

Relator Michael Howard and Defendants Taos Health Systems, Inc., d/b/a Holy Cross Hospital, Peter Hofstetter, Wes Oswald, Rick Eisenring, Tim Howard, Anna Abeyta, Loretta Ortiz y Pino, Per Bjorkman, Gail Walsh, and Quorum Health Resources hereby jointly stipulate pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii) to the dismissal of this case as follows:

(A) Dismissal of Count I (paragraphs 189 through 194, inclusive, of the First Amended Complaint [Doc. 18]; alleging violations of the False Claims Act, 31 U.S.C. § 3729(a)(1)(A)) with prejudice as to Relator and without prejudice as to the United States, and

(B) Dismissal of the remainder of the case with prejudice.

1. The United States declined to intervene in this action. Docs 12, 13. Subsequently, Plaintiff and Defendants have entered into a settlement agreement to which the United States is not a party.

2. The United States of America consents to the dismissal of this case pursuant to 31 U.S.C. §3730(b)(1) on the express condition that this dismissal shall be without prejudice to any

and all claims the United States of America has or may have against Defendants. Further, the parties agree that the False Claims Act allegations and any and all related claims in this case are expressly preserved as to the United States of America.

        Respectfully submitted,

        DAMON P. MARTINEZ
        United States Attorney, District of New Mexico

        By _____
          Howard R. Thomas
          Assistant United States Attorney
        P.O. Box 607
        Albuquerque, NM 87103-0607
        Phone (505) 224-1508
        howard.thomas@usdoj.gov


        STIPULATED AND AGREED TO:

        *Electronically approved 1/6/16 by David L. Scher*
        Bryan J. Davis, Esq.
        Davis, Gilchrist, Lee
        124 Wellesley Drive SE
        Albuquerque, NM 87106
        Tel: (505) 435-9908
        Fax: (505) 435-9909

        R. Scott Oswald, admitted *pro hac vice*
        David L. Scher, admitted *pro hac vice*
        The Employment Law Group, P.C.
        888 17th Street, N.W., 9th Floor
        Washington, D.C. 20006
        Tel: (202) 261 – 2810
        Fax: (202) 261 – 2835
        soswald@employmentlawgroup.com
        dscher@employmentlawgroup.com

        *Counsel for Plaintiff-Relator*

MONTGOMERY & ANDREWS, P.A.

By *Approved by Deborah E. Mann 1/6/16*
   David H. Johnson (djohnson@montand.com)
   Deborah E. Mann (dmann@montand.com)
   Stefan R. Chacon (schacon@montand.com)
100 Sun Ave. NE, Suite 410
Albuquerque, NM 87109
Phone (505) 884-4200 | (505) 888-8929 Fax

*Attorneys for Defendants Taos Health Systems, Inc., d/b/a Holy Cross Hospital, Peter Hofstetter, Wes Oswald, Rick Eisenring, Tim Howard, Anna Abeyta, Loretta Ortiz y Pino, Per Bjorkman, and Gail Walsh*

MADISON & MROZ, P.A.

By *Electronic approval by M. Eliza Stewart 1/7/16*
   William C. Madison (wcm@madisonlaw.com)
   M. Eliza Stewart (mes@madisonlaw.com)
   Post Office Box 25467
   Albuquerque, NM 87125
   Phone: (505) 242-2177
   Facsimile: (505) 242-7184

*Attorneys for Defendant Quorum Health Resources, LLC*

## CERTIFICATE OF SERVICE

     I certify that on this 28 day of January, 2016, I filed the foregoing paper electronically with the Clerk of Court using the CM/ECF system and which will transmit notification of such filing to counsel of record

*/s/*
HOWARD R. THOMAS
Assistant U.S. Attorney

3